IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON, <br><br> *Plaintiffs,* <br><br> v. <br><br> DILIGENCE LLC <br><br> *Defendant.* | **FILED UNDER SEAL** <br><br><br> Civil Action No. 05-2204 (PLF) |

## JOINT STIPULATION REGARDING PROPOSED REDACTIONS TO CASE FILE

Pursuant to the Court's Order of January 4, 2006, plaintiffs KPMG Financial Advisory Services Limited, Malcolm Butterfield, and Michael Morrison, and defendant Diligence Inc., have agreed upon proposed redactions to filings currently under seal in the case. These proposed redactions are appended as Exhibits A - R to this Joint Stipulation. The proposed redactions encompass the declarations and exhibits submitted in support of plaintiffs' motions for preliminary relief in their entirety,[1] as well as excerpts of the parties' filings and orders of this Court which either quote directly from those declarations and exhibits or necessarily refer to them. The parties further request that this Joint Stipulation itself remain under seal.

---

[1] The parties request that references in the docket sheet to these sealed exhibits state "SEALED EXHIBIT" in lieu of the title of the exhibit itself.

Dated: January 20, 2006

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _Roberta Koss /s/ Paul Rauser,_ by permission
Roberta Koss (# 442813)
1775 Eye Street, N.W.
Washington, D.C. 20006-2401
Tel: (202) 721-4600
Fax: (202) 721-4646

*Attorneys for Plaintiffs*

AEGIS LAW GROUP LLP

By: _Paul Rauser_
Paul C. Rauser (# 461722)
Oliver Garcia (# 456600)
901 F Street, N.W., Suite 500
Washington, D.C. 20004
Tel: (202) 737-3500
Fax: (202) 737-3330

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on January 26, via first-class mail, upon:

      Roberta Koss, Esq.
      Hughes Hubbard & Reed LLP
      1775 I Street, N.W.
      Washington, D.C. 20006-2401

_____
Paul C. Rauser