**EXHIBIT H**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>Plaintiffs,<br><br>v.<br><br>DILIGENCE LLC,<br><br>Defendant. | **FILED UNDER SEAL**<br><br>Case No.: |

### *EX PARTE* ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY

Plaintiffs KPMG Financial Advisory Services Ltd. ("KPMG FAS Ltd."), Malcolm Butterfield and Michael Morrison have filed a Complaint seeking, inter alia, preliminary and permanent injunctive relief to stop Defendant Diligence LLC ("Diligence") from making any further efforts to obtain confidential documents or information from their employees and to prevent any further disclosure of information that Defendant has already obtained, and have made an ex parte motion for expedited discovery. Upon consideration of all papers filed in this action, including Plaintiffs' Memorandum of Points and Authorities In Support of its motion, as well as the Witness Statement of _____ executed on November 4, 2005, the Declaration of _____, executed on November 9, 2005, the Declaration of Derek J.T. Adler, executed on November 9, 2005, and the Declaration of Malcolm Butterfield, executed on November 9, 2005, and upon consideration of the evidence contained therein, and upon the Court's findings as outlined in the Temporary Restraining Order,

Wherefore, the Court hereby finds that Plaintiff has shown good cause for the Court to order expedited discovery in that:

**REDACTED**

DC 551006_1.DOC

1. Plaintiffs have shown that they are likely to suffer irreparable injury if expedited discovery is not ordered;

2. Plaintiffs have shown that they are likely to succeed on the merits;

3. Permitting Plaintiffs to take discovery on an expedited basis will help avoid further irreparable harm to Plaintiffs;

4. There is evidence demonstrating that the injury plaintiffs will suffer absent expedited discovery is greater than that to Defendant if expedited discovery is granted. There is no cause to believe that Defendant will suffer any harm or hardship, or any risk of financial loss, if Plaintiffs' motion is granted. Therefore, the balance of hardships tips decidedly in Plaintiffs' favor;

WHEREFORE IT IS HEREBY ORDERED AS FOLLOWS:

The parties are granted leave to conduct expedited discovery. Commencing with the time and date of this Order, in lieu of the time periods, notice provisions, and other requirements of Rules 26, 30, 34 and 45 of the Federal Rules of Civil Procedure, and Local Rules 16.3, 26.2, 30.1, the parties are granted leave to:

1. Take the deposition, on no less than seven (7) days notice, of any person or entity, whether or not a party;

2. Demand answers to interrogatories, on no less than seven (7) days notice, from any party; and

3. Demand production of documents, on no less than ten (10) days notice, from any person or entity, whether or not a party.

AND IT IS FURTHER ORDERED THAT:

2

DC 551006_1.DOC

Copies of this Order may be served by personal delivery to Defendant's office at Diligence, LLC, 1211 Connecticut Ave., N.W., 6th Floor, Washington, DC 20036, and by fax to Defendant at 202-719-1701, marked for the attention of Mr. Nicholas Day, Chief Executive Officer of Diligence.

IT IS SO ORDERED, this ___ day of November, 2005, at _____ .m.

_____
UNITED STATES DISTRICT JUDGE

cc:   Roberta Koss
      Hughes Hubbard & Reed LLP
      1775 I Street, N.W.
      Washington, DC 20006

      Diligence, LLC
      1211 Connecticut Ave., N.W.
      Washington, DC 20036

3

DC 551006_1.DOC