# EXHIBIT N

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>Plaintiffs,<br><br>v.<br><br>DILIGENCE LLC,<br><br>Defendant. | **FILED UNDER SEAL**<br><br>Civil Action No. 05-2204 (PLF) |

### ORDER GRANTING PLAINTIFFS MOTION FOR RECONSIDERATION OR MODIFICATION OF THE COURT'S NOVEMBER 11, 2005 ORDER

This cause was heard on Plaintiffs' Motion for Reconsideration or Modification of the Court's Order Unsealing the Case File. Upon consideration of Plaintiff's Memorandum in support thereof, and all other papers filed in this action, and being fully advised in the premises, it is this _____ day of November, 2005, hereby

ORDERED, that Plaintiffs' Motion for Reconsideration or Modification of the Court's Order Unsealing the Case File is GRANTED; and it is further

ORDERED, that the Plaintiffs shall submit to the Clerk of the Court redacted versions of the Complaint and Memorandum of Points and Authorities in Support of Plaintiffs' Motion for <u>Ex Parte</u> Temporary Restraining Order and Expedited Discovery for filing on the public record; and it is further

ORDERED, that the Declarations of Derek J.T. Adler, Malcolm Llewelyn Butterfield, _____, and _____, and the Exhibits thereto, as well as the un-redacted versions of the Complaint and the Memorandum of Points and Authorities in Support of

NY 1003401_1.DOC

Plaintiffs' Motion for <u>Ex Parte</u> Temporary Restraining Order and Expedited Discovery shall be maintained under seal; and it is further

ORDERED, that the Clerk of the Court shall unseal all other documents previously filed in this matter.

SO ORDERED

_____
United States District Judge

Dated: November __, 2005

2

NY 1003401_1.DOC