UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KPMG FINANCIAL ADVISORY )<br>SERVICES LIMITED, )<br>MALCOLM BUTTERFIELD, and )<br>MICHAEL MORRISON, )<br>    )<br>        Plaintiffs, )<br>    )<br>v.   )<br>    )<br>DILIGENCE LLC, )<br>    )<br>        Defendant. )<br>_____) | FILED<br>JAN 2 5 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 05-2204 (PLF) |

ORDER

This matter came before the Court for a status conference and motions hearing on January 25, 2006. Upon consideration of the representations of counsel, it is hereby ORDERED that:

1. The Clerk of the Court is directed to file the Joint Stipulation Regarding Proposed Redactions to Case File on the public record;

2. The Clerk of the Court is further ordered to file each of the exhibits to the Joint Stipulation in its redacted form (Exhibits A through R) as a separate filing on the public record and to enter the caption of each on the docket sheet in this case.

3. In view of the foregoing and the Court's opinions and orders of November 11, 2005 and January 4, 2006, the motion to seal case (Docket No. 1), the motion for

reconsideration (Docket No. 11), and the motion to maintain case under seal (Docket No. 14) are DENIED as moot.

    4. The motion for a temporary restraining order (Docket No. 5) is also DENIED as moot subject to the understanding that plaintiff is ultimately seeking a permanent injunction and may, depending on further developments in the case, choose to file a motion for preliminary injunction.

    5. Defendant's motion to stay discovery (Docket No. 20) pending a decision by the Court on defendant's motion to dismiss is GRANTED.

    SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 1/25/06