IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KPMG FINANCIAL ADVISORY )
SERVICES LIMITED, )
MALCOLM BUTTERFIELD, and )
MICHAEL MORRISON, )
)
)
        *Plaintiffs*, )
)
v. )   Civil Action No. 05-2204 (PLF)
)
DILIGENCE LLC )
)
        *Defendant*. )
_____)

## JOINT STIPULATION REGARDING PROPOSED REDACTIONS TO CASE FILE

Pursuant to the Court's Order of January 4, 2006, plaintiffs KPMG Financial Advisory Services Limited, Malcolm Butterfield, and Michael Morrison, and defendant Diligence Inc., have agreed upon proposed redactions to filings currently under seal in the case. These proposed redactions are appended as Exhibits A - R to this Joint Stipulation. The proposed redactions encompass the declarations and exhibits submitted in support of plaintiffs' motions for preliminary relief in their entirety,[1] as well as excerpts of the parties' filings and orders of this Court which either quote directly from those declarations and exhibits or necessarily refer to them. The parties further request that this Joint Stipulation itself remain under seal.

---

[1] The parties request that references in the docket sheet to these sealed exhibits state "SEALED EXHIBIT" in lieu of the title of the exhibit itself.

Dated: January 20, 2006

Respectfully submitted,

| | |
|---|---|
| HUGHES HUBBARD & REED LLP | AEGIS LAW GROUP LLP |
| By: *Roberta Koss /s/ Paul Rauser, by permission* <br> Roberta Koss (# 442813) <br> 1775 Eye Street, N.W. <br> Washington, D.C. 20006-2401 <br> Tel: (202) 721-4600 <br> Fax: (202) 721-4646 | By: *Paul Rauser* <br> Paul C. Rauser (# 461722) <br> Oliver Garcia (# 456600) <br> 901 F Street, N.W., Suite 500 <br> Washington, D.C. 20004 <br> Tel: (202) 737-3500 <br> Fax: (202) 737-3330 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on January 26, via first-class mail, upon:

>Roberta Koss, Esq.
>Hughes Hubbard & Reed LLP
>1775 I Street, N.W.
>Washington, D.C. 20006-2401

_____
Paul C. Rauser