IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KPMG FINANCIAL ADVISORY )
SERVICES LIMITED, )
MALCOLM BUTTERFIELD, and )
MICHAEL MORRISON, )
 )
                      Plaintiffs, )
 ) Civil Action No. 05-2204
 ) (PLF)
             v. )
 )
DILIGENCE LLC, )
                      Defendant. )
 )

**NOTICE OF FILING OF SEALED DOCUMENT**

Pursuant to the Court's January 4, 2006 Order, the undersigned counsel hereby submits this Notice of Filing under seal of the Declaration of one of plaintiffs' employees, executed November 9, 2005.

January 20, 2006

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____
Roberta Koss
D.C. Bar No. 442813
1775 I Street, N.W.
Washington, D.C. 20006-2401
202-721-4600

Attorneys for Plaintiffs

Of Counsel:

Derek J.T. Adler, Esq.
Siubhán J.E. Magee, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Richard Blann, Esq.
Norton Rose
Kempson House
Camomile Street
London EC3A 7AN
England