U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KPMG Financial Advisory Services, Limited, et al.

vs.

Diligence LLC

No. 1:05-CV-02204 PLF

RECEIVED

DEC - 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Plaintiffs' Motion to Seal Entire Case File; Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Seal Entire Case File; Order; Plaintiffs' Motion for Ex Parte Temporary Restraining Order and Expedited Discovery; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Ex Parte Temporary Restraining Order and Expedited Discovery; Declaration of Derek J.T. Adler; Ex Parte Temporary Restraining Order; Ex Parte Order Granting Motion for Expedited Discovery; Declaration and Witness Statement of Declaration of Malcolm Llewelyn Butterfield; Declaration of Motion and Order for Admission Pro Hac Vice; Order Granting Motion for Admission Pro Hac Vice; Plaintiff KPMG Financial Advisory Services Limited's Certificate Requested by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia; Memorandum Opinion and Order; Complaint and Exhibits in the above entitled case, hereby depose and say:

REDACTED

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:45 pm on November 16, 2005, I served Diligence LLC c/o Corporation Service Company, Registered Agent at 1090 Vermont Avenue, NW, Washington, DC 20005 by serving Renee Rice, Team Leader, authorized to accept. Described herein:

       SEX-    FEMALE
       AGE-    35
    HEIGHT-    5'11"
      HAIR-    BLACK
    WEIGHT-    165
     COLOR-    BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-17-05
                  Date

DANIEL F. PORTNOY
1827 18th Street, N.W.
Washington, D.C. 20009
Our File#- 162001

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KPMG FINANCIAL ADVISORY SERVICES, LIMITED;
MALCOM BUTTERFIELD; and MICHAEL MORRISON,

                                    Plaintiffs,

                                                        SUMMONS IN A CIVIL CASE

### V.

Diligence LLC

                                    Defendant.

CASE NUMBER   1:05CV02204

JUDGE: Paul L. Friedman

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 11/10/2005

TO: (Name and address of Defendant)

Diligence LLC
1211 Connecticut Avenue, N.W.
Sixth Floor
Washington, DC 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roberta Koss, Esquire
Hughes Hubbard & Reed LLP
1775 I Street NW
Washington, DC 20006-2401

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    NOV 10 2005

CLERK                                         DATE

(BY) DEPUTY CLERK