**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>                    Plaintiffs,<br><br>           v.<br><br>DILIGENCE LLC,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2204<br>) (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF [PROPOSED] DISCOVERY PLAN AND ORDER**

Pursuant to the Court's Order of February 14, 2006, Plaintiffs KPMG Financial Advisory Services Limited, Malcolm Butterfield, and Michael Morrison submit this [Proposed] Discovery Plan and Order, and supporting Declaration of Derek J.T. Adler.

NY 1027955_1 (2).DOC

February 28, 2006

Respectfully submitted,

HUGHES HUBBARD & REED LLP


By:   /s/ Charles D. Reed
    Roberta Koss (D.C. Bar No. 442813)
    Charles D. Reed (D.C. Bar No. 490833)
    1775 I Street, N.W.
    Washington, D.C.  20006-2401
    Tel: 202-721-4600
    Fax: 202-721-4646

    Attorneys for Plaintiffs

Of Counsel:
Derek J.T. Adler, Esq.
(Admitted Pro Hac Vice)
Siubhán J.E. Magee, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Richard Blann, Esq.
Norton Rose
Kempson House
Camomile Street
London EC3A 7AN
England