IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>Plaintiffs,<br><br>v.<br><br>DILIGENCE LLC,<br><br>Defendant. | Civil Action No. 05-2204 (PLF) |

**[PROPOSED] DISCOVERY PLAN AND ORDER**

WHEREAS counsel for the parties have, in accordance with the Court's February 14, 2006 Memorandum Opinion and Order, conferred with respect to scope and timing of discovery in this action and have submitted their respective proposals with respect to the schedule for discovery, and

WHEREAS on February 24, 2006 Plaintiffs served their Initial Disclosures Pursuant to Rule 26(a), First Request for Production of Documents, and First Notice of Depositions upon Defendant,

IT IS HEREBY ORDERED that:

1.  Defendant shall serve its initial disclosures pursuant to Fed. R. Civ. P. 26(a) and produce documents responsive to Plaintiffs' First Request For Production Of Documents on or before March 24, 2006.

2.  Defendant shall make Nicholas Day and its First Rule 30(b)(6) Witness, as described in Plaintiffs' First Notice of Depositions, available for their depositions on or before

NY 1027989_1 (3).DOC

2

March 31, 2006.  Depositions of the other witnesses noticed by Plaintiffs shall take place at mutually agreeable times and dates thereafter.

       3.      Plaintiffs or Defendant may move at any time to modify the Court's November 11, 2005 Order or seek such other preliminary or interim relief as may appear necessary or appropriate.

       4.      Other party and non-party discovery shall be conducted in accordance with the methods and timing provided for under the Federal Rules of Civil Procedure, subject to modification by agreement of the parties or upon further order of this Court.

       5.      Discovery shall be completed by August 31, 2006.

       6.      The parties have indicated to the Court that they believe it may be productive to participate in mediation accordance with the Court's alternative dispute resolution procedures provided that discovery can proceed in parallel with the mediation.  The matter is therefore referred to the Office of the Circuit Executive for mediation.  Discovery and other pre-trial proceedings shall continue during the mediation process.

       SO ORDERED

                                             _____
                                             HON. PAUL L. FRIEDMAN
                                             United States District Judge

Dated:  March\_\_, 2006

NY 1027989_1 (3).DOC