IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>      *Plaintiffs,*<br><br>v.<br><br>DILIGENCE LLC<br><br>      *Defendant*. | Civil Action No. 05-2204(PLF) |

**[PROPOSED] SCHEDULING ORDER**

WHEREAS counsel for the parties have, in accordance with the Court's February 14, 2006 Memorandum Opinion and Order, conferred with respect to the scope and timing of discovery in this action and have submitted their respective proposals with respect to the scheduling of this case,

IT IS HEREBY ORDERED that

1. This matter is hereby referred to a Magistrate Judge of this Court for a settlement conference and mediation to take place no later than March 31, 2006.

2. Discovery in this matter shall commence on April 1, 2006 and shall be conducted in accordance with the methods and timing provided in the Federal Rules of Civil Procedure and Local Rules of this Court, subject to modification by agreement of the parties or upon further Order of this Court.

3. The deadline for the parties' Initial Disclosures shall be April 7, 2006.

4. The deadline for amendment of the pleadings and joinder of additional parties shall be April 30, 2006.

5. Absent further order of the Court, discovery shall be completed on or before August 31, 2006, provided that either party may petition the Court for a reasonable extension of time to permit the taking of discovery from foreign persons.

6. Dispositive motions shall be filed no later than September 30, 2006.

SO ORDERED.

_____
Paul L. Friedman
United States District Judge

Dated:  March _____, 2006