UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>    Plaintiffs,<br><br>v.<br><br>DILIGENCE LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2204 (PLF)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER

Upon consideration of the plaintiffs' and defendant's separate proposed discovery plans submitted to the Court, it is hereby ORDERED that

1. Any motion to amend the pleadings or join additional parties shall be made by April 30, 2006.

2. Discovery shall be completed by August 31, 2006. Counsel must resolve all discovery disputes or bring them to the attention of Magistrate Judge Alan Kay in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

4. Each party is limited to a maximum of 10 depositions.

5. Defendant shall make Nicholas Day and its First Rule 30(b)(6) Witness, as described in Plaintiffs' First Notice of Depositions, available for their depositions on or before March 31, 2006. Depositions of the other witnesses noticed by plaintiffs shall take place at mutually agreeable times and dates thereafter.

6. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by April 1, 2006.

7. Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by June 30, 2006.

8. Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by July 31, 2006.

9. Depositions of each party's retained experts shall be completed by August 31, 2006.

10. Dispositive motions shall be filed on or before September 30, 2006; oppositions by November 30, 2006; and replies, if any, by December 21, 2006.

11. This matter is referred to Magistrate Judge Alan Kay for the management and resolution of all discovery-related issues in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Alan Kay following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

12. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to Magistrate Judge Alan Kay.

       13.    Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court.  See LCvR 7.  The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

       14.    By separate order to issue this same day, this case is also referred to the Court's Alternative Dispute Resolution Program for mediation to proceed parallel to discovery in this case.  Discovery and other pre-trial proceedings shall continue during the mediation process.

       SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 13, 2006