UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON, )<br><br>Plaintiffs, )<br><br>v. )<br><br>DILIGENCE LLC, )<br><br>Defendant. ) | Civil Action No. 05-2204 (PLF) |

MEDIATION REFERRAL ORDER

Based upon plaintiffs' and defendant's separate proposed discovery plans, and the parties' representations that they are willing to participate in settlement discussions or mediation, it is hereby ORDERED that

1. Upon receipt of this Order, counsel shall contact the Court's Alternative Dispute Resolution Program at (202) 216-7350.

2. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall designate a mediator.

3. Counsel and the parties, including persons with settlement authority, shall attend each mediation session.

4. Mediation shall conclude on or before August 31, 2006.

    5. If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

    SO ORDERED.


                _____/s/_____
                PAUL L. FRIEDMAN
                United States District Judge

DATE: March 13, 2006