## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>          Plaintiffs,<br><br>     v.<br><br>DILIGENCE LLC,<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No: 05-2204 (PLF)<br>)  (AK)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING UNDER SEAL

Plaintiffs KPMG Financial Advisory Services Ltd., Malcolm Butterfield, and Michael Morrison, (collectively "Plaintiffs" or "KPMG") by their undersigned counsel and pursuant to the Court's January 4, 2006 Order, hereby give notice that on April 11, 2006, they filed under seal a Motion to Remove "Confidential" Designation On Certain Documents And Testimony And For Entry Of Protective Order, a memorandum of points and authorities in support thereof, and a Declaration of Derek J.T. Adler executed on April 11, 2006. Redacted copies of the same have been publicly filed.

NY 1040622_1.DOC

| | |
|---|---|
| Dated: District of Columbia<br>April 13, 2006 | Respectfully submitted,<br><br>HUGHES HUBBARD & REED LLP<br><br>By: /s/ Eric Parnes_____<br>   Roberta Koss<br>      D.C. Bar No. 442813<br>   Charles Reed<br>      D.C. Bar No. 490833<br>   Eric S. Parnes<br>      D.C. Bar No. 489071<br>   1775 I Street, N.W.<br>   Washington, D.C. 20006-2401<br>   202-721-4600<br><br>   Derek J.T. Adler, *Pro Hac Vice*<br>   Hughes Hubbard & Reed LLP<br>   One Battery Park Plaza<br>   New York, NY 10004<br>   212-837-6086<br><br>   Attorneys for Plaintiffs |
| Of Counsel:<br><br>Richard Blann<br>Norton Rose<br>Kempson House<br>Camomile Street<br>London EC3A 7AN<br>England | |

NY 1040622_1.DOC                2