IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2204 (PLF) (AK) |
| DILIGENCE LLC | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF GLENN T. WARE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMOVE "CONFIDENTIAL" DESIGNATION ON CERTAIN DOCUMENTS AND TESTIMONY AND FOR ENTRY OF PROTECTIVE ORDER

I, Glenn T. Ware, declare and state under penalty of perjury as follows:

1. I am a Managing Director of Diligence, Inc. ("Diligence"), the defendant in the above-captioned matter. I make this Declaration in Opposition to Plaintiffs' Motion to Remove "Confidential" Designation on Certain Documents and Testimony and for Entry of Protective Order. I have personal knowledge of the matters stated in this Declaration, and if called as a witness, I could and would testify as set forth in this Declaration

2. Diligence thus far has produced thousands of pages of internal work papers, emails, and other business records to Plaintiffs as part of discovery in this lawsuit. Because those work papers, internal emails, and other business records concern a confidential

client engagement (the "KPMG Matter"), Diligence designated these materials "Confidential" pursuant to the terms of a draft protective order that the parties agreed to adhere to pending formal entry of a Protective Order by the Court.

3. Diligence's work papers, internal emails, and other documents relating to the KPMG Matter and produced to Plaintiff in discovery are non-public, confidential documents relating to Diligence's commercial engagement by a client to perform services on a confidential basis. The fact that Diligence had been engaged to perform work on the KPMG Matter was itself considered confidential by Diligence, and the Company took various steps to maintain the confidentiality of this information, as well as its work papers, internal emails, and other files relating to the matter. Indeed, because the KPMG Matter was considered highly confidential, only a handful of employees within Diligence had any detailed knowledge concerning it.

I declare under under the penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Executed this 24th day of April, 2006

_____
Glenn T. Ware