# Exhibit A

## Adler, Derek J.T.

| | |
|---|---|
| **From:** | Adler, Derek J.T. |
| **Sent:** | Friday, March 24, 2006 1:44 PM |
| **To:** | Oliver Garcia Esq. (ogarcia@aegislawgroup.com) |
| **Cc:** | Blann, Richard |
| **Subject:** | KPMG v. Diligence |



Marked Draft of
Protective Ord...

liver,

Attached is a mark up of the confidentiality order.  As discussed, I hereby confirm that we will adhere to the terms of your original draft pending our agreement on the terms of a final draft, or resolution of any disagreement we may have by the magistrate or court, except that we reserve the right to seek such resolution more quickly than provided in the part of the draft order that addresses the timetable for resolving disputes over designations.  I also confirm that Norton Rose are to be included within the definition of outside counsel to the parties and that Richard Blann of that firm, who will be with me at the depositions, will therefore have access to any materials designated "Attorney's Eyes Only."  Richard (who is away at the moment) will separately confirm that he and Norton Rose agree to be bound by your original draft.

Let's speak this afternoon to discuss logistics.  I will be coming to DC Monday morning and will work out of our office there for the week.  If you are pressed for time, it would be ok if you deliver the documents to us Monday morning provided you can send two sets, so I have a set to work with.  (We will reimburse extra cost.)

Best regards,

Derek

1