# Exhibit B

## Adler, Derek J.T.

| | |
|---|---|
| From: | Oliver Garcia [ogarcia@aegislawgroup.com] |
| Sent: | Friday, March 24, 2006 4:05 PM |
| To: | Adler, Derek J.T. |
| Cc: | Blann, Richard |
| Subject: | Re: KPMG v. Diligence |

Derek, as discussed, I'll take a look at these edits over the weekend.
Let's talk on Monday to narrow any areas of disagreement over the draft
protective order. I will be happy to deliver 2 sets of the production
on Monday morning to your DC office, with the understanding as you have
described that the March 15 draft will govern between the parties until
resolved by further agreement or resolution by the magistrate and court
(if appealed), subject to the exception you identified on timing. We
agree to Norton Rose/Richard Blann's designation as outside counsel.

Regards, Oliver

On Fri, 2006-03-24 at 13:43 -0500, Adler, Derek J.T. wrote:
> Oliver,
>
> Attached is a mark up of the confidentiality order. As discussed, I
> hereby confirm that we will adhere to the terms of your original draft
> pending our agreement on the terms of a final draft, or resolution of
> any disagreement we may have by the magistrate or court, except that we
> reserve the right to seek such resolution more quickly than provided in
> the part of the draft order that addresses the timetable for resolving
> disputes over designations. I also confirm that Norton Rose are to be
> included within the definition of outside counsel to the parties and
> that Richard Blann of that firm, who will be with me at the depositions,
> will therefore have access to any materials designated "Attorney's Eyes
> Only." Richard (who is away at the moment) will separately confirm
> that he and Norton Rose agree to be bound by your original draft.
>
> Let's speak this afternoon to discuss logistics. I will be coming to DC
> Monday morning and will work out of our office there for the week. If
> you are pressed for time, it would be ok if you deliver the documents to
> us Monday morning provided you can send two sets, so I have a set to
> work with. (We will reimburse extra cost.)
>
> Best regards,
>
> Derek
> <<Marked Draft of Protective Order 3.24.06.doc>>
>
> ************************************************************************
> This email and any files transmitted with it may contain privileged or confidential
> information. Use, disclosure, copying or distribution of this message by anyone
> other than the intended recipient is strictly prohibited. If you have received
> this email in error please notify the sender by reply email and destroy all copies
> of this message in your possession, custody or control.
>
> ************************************************************************
--
Oliver Garcia
ægis law group LLP
901 F Street, N.W.
Suite 500
Washington, D.C. 20004
T: 202 737 3374

1

F: 202 737 3330
E: ogarcia@aegislawgroup.com

NOTICE: This communication from Aegis Law Group LLP may contain information that is legally privileged, confidential, or exempt from disclosure. If you are not the intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please notify the sender immediately by telephone or by return e-mail and delete all copies.

F: 202 737 3330
E: ogarcia@aegislawgroup.com

2