# Exhibit D

This document has been redacted for public viewing.