# Exhibit E

This document has been redacted for public viewing.