# Exhibit F

This document has been redacted for public viewing.