# Exhibit G

This document has been redacted for public viewing.