**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>                                    Plaintiffs,<br><br>        v.<br><br>DILIGENCE LLC,<br><br>                                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No: 05-2204 (PLF)<br>)  (AK)<br>)<br>)<br>)<br>)<br>)  |

**JOINT MOTION FOR PROTECTIVE ORDER
AND FOR WITHDRAWAL OF PLAINTIFFS' MOTION
TO REMOVE "CONFIDENTIAL" DESIGNATION ON
CERTAIN DOCUMENTS AND TESTIMONY
AND FOR PROTECTIVE ORDER**

For the reasons contained therein and good cause shown, the parties jointly request that the Court enter a Protective Order in the form attached as Exhibit 1 hereto.

Plaintiffs hereby withdraw their April 11, 2006 Motion to Remove "Confidential" Designation on Certain Documents and Testimony and for Protective Order.

Respectfully submitted,

| HUGHES HUBBARD & REED LLP | AEGIS LAW GROUP LLP |
|---|---|
| By:   /s/ Charles D. Reed<br>   Roberta Koss<br>      D.C. Bar No. 442813<br>   Charles Reed<br>      D.C. Bar No. 490833<br>   1775 I Street, N.W.<br>   Washington, D.C.  20006<br>   (202) 721-4600<br><br>   Attorneys for Plaintiffs | By:   /s/ Paul C. Rauser<br>   Paul C. Rauser<br>      D.C. Bar No. 461722<br>   Oliver Garcia<br>      D.C. Bar No. 456600<br>   901 F Street, N.W., Suite 500<br>   Washington, DC  20004<br>   (202) 737-3500<br><br>   Attorneys for Defendant |