IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KPMG FINANCIAL ADVISORY )
SERVICES LIMITED, )
MALCOLM BUTTERFIELD, and )
MICHAEL MORRISON, )
                           Plaintiffs, )
                                   ) Civil Action No: 05-2204 (PLF)
          v. )
DILIGENCE LLC, )
                         Defendant. )

## STIPULATION OF DISMISSAL AND CONSENT ORDER

Plaintiffs allege in their complaint that Defendant was retained to, inter alia, obtain certain confidential documents and information from Plaintiffs (the "Confidential Materials"), including documents and information gathered or prepared by Plaintiffs in connection with an investigation of IPOC International Growth Fund Ltd. and eleven related companies pursuant to their appointment by the Bermuda Minister of Finance (the "IPOC Investigation"). Defendant has filed an Answer denying Plaintiffs' allegations and setting forth various defenses to Plaintiffs' claims.

Plaintiffs and Defendant have consented and agree to dismissal of this action with prejudice without any admission or finding or wrongdoing by any party.

As a condition of dismissal, Defendant shall abide by the following conditions originally set forth in the Court's Order of November 11, 2005:

Defendant, its officers, agents, servants, employees, and attorneys, and all persons who have been in active concert or participation with them who receive actual notice of this order, are directed

(a) not to have any contact with any employee or agent of KPMG Financial Services Ltd. or KPMG LLP in furtherance of any effort to obtain documents or information related to the IPOC Investigation or to interfere with the IPOC Investigation; and

(b) not to disclose or communicate to any person in any manner any of the Confidential Materials or documents or information that incorporate, summarize or refer to information contained in the Confidential Materials.

The case is hereby dismissed with prejudice and without costs to any party.

The Court shall have jurisdiction to enforce the terms of this Order.


IT IS SO ORDERED:



_____   Dated:_____
United States District Judge

STIPULATED AND AGREED:

HUGHES HUBBARD & REED LLP

By: *Charles Reed*
Roberta Koss
 D.C. Bar No. 442813
Charles Reed
 D.C. Bar No. 490833
1775 I Street, N.W.
Washington, D.C. 20006
(202)

Attorneys for Plaintiffs

AEGIS LAW GROUP LLP

By: *Paul C. Rauser (by permission)*
Paul C. Rauser
 D.C. Bar No. 461722
Oliver Garcia
 D.C. Bar No. 456600
901 F Street, N.W., Suite 500
Washington, DC 20004
(202) 737-3500

Attorneys for Defendant