IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>            Plaintiffs,<br><br>      v.<br><br>DILIGENCE LLC,<br><br>            Defendant. | Case No: 05-2204 (PLF) |

### DECLARATION OF DEREK J.T. ADLER

I, Derek J.T. Adler, hereby declare as follows:

1. I am a member of the bar of the State of New York, admitted *pro hac vice* in this case, and am a partner of Hughes Hubbard & Reed LLP, counsel for Plaintiffs herein. I make this Declaration in order to provide the Court with a true and correct copy of the following:

2. Attached as Exhibit A is a true and correct copy of an e-mail I sent to Kimball Anderson, counsel for IPOC, dated July 27, 2006.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed On August 22, 2006

_____
Derek J.T. Adler

NY 1082415_1.DOC