**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br><br>          Plaintiffs,<br><br>          v.<br><br>DILIGENCE LLC,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No: 05-2204 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

        I hereby certify that copies of Plaintiffs' Response to IPOC International Growth Fund Limited's Motion to Intervene, for Access to Court Files, to Modify Protective Orders, and to Alter Confidentiality Designations, and the accompanying Declaration of Derek J.T. Adler were served on August 22, 2006, via e-mail and first class mail upon:

        Timothy Broas, Esq.
        Carol A. Joffe, Esq.
        Anne Stukes, Esq.
        WINSTON & STRAWN LLP
        1700 K Street, N.W.
        Washington, D.C. 20006

        Kimball R. Anderson, Esq.
        WINSTON & STRAWN LLP
        35 W. Wacker Drive
        Chicago, Illinois 60601

                                  /s/ Erik Bond
                                  Erik Bond