UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br>Plaintiffs,<br><br>v.<br><br>DILIGENCE LLC,<br>Defendant. | Civil Action No. 05-2204 (PLF) |

## ORDER

In consideration of IPOC International Growth Fund Limited's Motion to Intervene, For Access to Court Files, to Modify Protective Orders and to Alter Confidentiality Designations, and the Memorandum in Support, any Opposition(s) thereto, and any argument thereon, it is hereby

ORDERED that IPOC International Growth Fund Limited ("IPOC") is permitted to intervene in this case for the limited purpose of seeking modification of protective and seal orders previously entered; and it is further

ORDERED that IPOC is granted immediate access to all materials filed with the court and court transcripts in this case in unredacted form; and it is further

ORDERED that the Clerk of Court shall lift the seal from all court records except those that disclose confidential materials stolen by Diligence from KPMG FAS that are required by Bermuda law to be kept confidential, which shall remain sealed in the public court file; and it is further

ORDERED that, with respect to discovery material that comprises or refers to the substance of the confidential materials stolen by Diligence from KPMG FAS that are required by Bermuda law to be kept confidential, the designation placed on such material is hereby changed from "Confidential" to "Attorney's Eyes Only," and counsel for IPOC are allowed access to such material; and it is further

ORDERED that all other "Confidential" designations placed on discovery materials, including responses to interrogatories and requests for admissions, deposition transcripts and all documents produced by parties and third parties in discovery, are hereby lifted, and IPOC is allowed access to all discovery material.


Dated: _____     _____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

Copies to:

Roberta Koss
Charles Reed
Hughes, Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC  20006
*Counsel for Plaintiffs*

Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F Street, N.W., Suite 500
Washington, DC  20004
*Counsel for Defendant*

Timothy M. Broas
Carol A. Joffe
Anne W. Stukes
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
*Counsel for Intervenor*