UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED, MALCOLM BUTTERFIELD, and MICHAEL MORRISON,<br>            Plaintiffs,<br><br>v.<br><br>DILIGENCE LLC,<br>            Defendant. | Civil Action No. 05-2204 (PLF) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Carol A. Joffe as co-counsel in this case for Intervenor IPOC International Growth Fund Limited.

Dated: August 23, 2006

/s/ Carol A. Joffe

Carol A. Joffe (D.C. Bar No. 351528)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5996
Fax:   (202) 282-5100
cjoffe@winston.com

*Co-Counsel for IPOC International Growth Fund Limited*

# **CERTIFICATE OF SERVICE**

I certify that on August 23, 2006, I caused the foregoing Appearance to be served electronically, via the court's ECF system, on:

Roberta Koss
Charles Reed
Hughes, Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 20006
*Counsel for Plaintiffs*

Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant*

```
                              /s/
                    _____
                         Anne W. Stukes
```