UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY <br> SERVICES LIMITED et al., <br><br> Plaintiffs, <br><br> v. <br><br> DILIGENCE LLC <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.1:05-cv-2204 (PLF) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEAL

Notice is hereby given this 19th day of September, 2006, that IPOC International Growth Fund Limited, a non-party in this case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the minute order entered in this action on the 23rd day of August, 2006, denying IPOC's Motion to Intervene, for Access to Court Files, to Modify Protective Orders and to Alter Confidentiality Designations.

IPOC INTERNATIONAL GROWTH FUND
LIMITED

OF COUNSEL:
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5858
Fax:   (312) 558-5700
kanderson@winston.com

_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

>   Roberta Koss
>   Charles Reed
>   Hughes, Hubbard & Reed LLP
>   1775 I Street, N.W.
>   Washington, DC 20006
>   *Counsel for Plaintiffs*
>
>   Paul C. Rauser
>   Oliver Garcia
>   Aegis Law Group LLP
>   901 F Street, N.W., Suite 500
>   Washington, DC 20004
>   *Counsel for Defendant*
>
>   Timothy M. Broas
>   Carol A. Joffe
>   Anne W. Stukes
>   Winston & Strawn LLP
>   1700 K Street, N.W.
>   Washington, D.C. 20006
>   *Counsel for Intervenor*