UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KPMG FINANCIAL ADVISORY SERVICES LIMITED et al., <br><br> Plaintiffs, <br><br> v. <br><br> DILIGENCE LLC <br><br> Defendant. | Civil Action No.1:05-cv-2204 (PLF) |

CERTIFICATE OF TRANSCRIPT REQUEST

Pursuant to Federal Rule of Appellate Procedure 10(b)(1), I hereby certify that no transcript will be ordered for the appeal referenced in the foregoing Notice of Appeal.

IPOC INTERNATIONAL GROWTH FUND LIMITED

*Carol A. Joffe* (signature)

OF COUNSEL:
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5858
Fax:   (312) 558-5700
kanderson@winston.com

Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com